■ MARY L. MORRISON, as Administratrix of the Estate of JOHN F. MORRISON, Deceased, Appellant, v JONES & LAUGHLIN STEEL CORPORATION, Respondent. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *Morrison v Bethlehem Steel Corp.* (75 AD2d 1001). (Appeal from order of Niagara Supreme Court—enforce settlement.) Present —Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.